GREENE CIT. FOR RESP. GROWTH, INC.
  v. GREENE CTY. BD. OF COMM'RS

No. 333P01

Case below: 143 N.C. App. 702

Petition by defendant and intervenor for writ of supersedeas denied 16 August 2001. Petition by defendant and intervenor for discretionary review pursuant to G.S. 7A-31 denied 16 August 2001. Temporary stay dissolved 16 August 2001.

HAMBY v. HAMBY

No. 368P01

Case below: 143 N.C. App. 635

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 16 August 2001.

HUBBARD v. CTY. OF CUMBERLAND

No. 278P01

Case below: 143 N.C. App. 149

Petition by defendant (County of Cumberland) for discretionary review pursuant to G.S. 7A-31 denied 16 August 2001.

IN RE ESTATE OF PARRISH

No. 340P01

Case below: 143 N.C. App. 244

Petition by appellant (Lucille S. White) for discretionary review pursuant to G.S. 7A-31 denied 16 August 2001.

IN RE HAYES

No. 348P01

Case below: 143 N.C. App. 715

Notice of appeal by respondent (Hayes) pursuant to G.S. 7A-30 (substantial constitutional question) dismissed ex mero motu 16 August 2001. Petition by respondent (Hayes) for discretionary review pursuant to G.S. 7A-31 denied 16 August 2001.